1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   JOSE ANTONIO GUTIERREZ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4-12-70377 MAG |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| JOSE ANTONIO GUTIERREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Jose Gutierrez may be modified to allow him to travel to the Central District of California from April 27, 2012 to April 29, 2012 for his cousin's wedding. While in the Central District, Mr. Gutierrez will be staying at the Ontario Inn, 5361 Holt Blvd., Montclair, California. Pretrial Services Officer K.J. Gibson is aware of the proposed modification and has no objection.

All other conditions of release shall remain the same.

DATED: April 24, 2012                    /s/
                                         ELLEN V. LEONIDA
                                         Assistant Federal Public Defender

DATED: April 24, 2012                    /s/
                                         CHRISTINA MCCALL
                                         Assistant United States Attorney

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Jose Gutierrez may be modified to allow him to travel to the Central District of California from April 27, 2012 to April 29, 2012. All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: 4/24/12

_____
DONNA M. RYU
United States Magistrate Judge